September 19, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

STEVE MCCRORY, D/B/A MCCRORY & ASSOCIATES, Appellant

NO. 14-12-00752-CV                                    V.

KRISTEN M. HENDERSON AND TEXAS WORKFORCE COMMISSION,
Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Kristen M. Henderson and Texas Workforce Commission, signed July 23, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Steve McCrory, d/b/a McCrory & Associates, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.